

FILED
JUN 06 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 13–2–M–DWM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| KYLE BRADLEY ANDERSON, | |
| Defendant. | |

Defendant Kyle Bradley Anderson's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 32.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 32) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 6th day of June, 2019.

Donald W. Molloy, District Judge
United States District Court